UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NAFTELA DEUTSCH and SHIMON DEUTSCH,
individually and on behalf of all others similarly situated,

                                                                                              JUDGMENT

                      Plaintiffs,                                    19-CV-4116 (RPK) (ST)

    v.

FORSTER & GARBUS LLP,

                      Defendant.
----------------------------------------------------------------X

        A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on May 20, 2021, granting Defendant's motion for judgment on the pleadings; it is

        ORDERED and ADJUDGED that Defendant's motion for judgment on the pleadings is granted; and that judgment is hereby entered in favor of Defendant.

Dated: Brooklyn, New York                                       Douglas C. Palmer
       May 21, 2021                                             Clerk of Court

                                                                     By:    */s/Jalitza Poveda*
                                                                               Deputy Clerk